UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) CR No. 04-20081-Ml |
| JAMIE DAWN FORRESTER | ) |
| Tomis #388597 | ) |
| Bkg. #28052 | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Dan L. Newsom applies to the Court for a Writ to have Jamie Dawn Forrester, now being detained in the Obion County Jail, #1 Law Lane, Union City, Tennessee 38261, (731) 885-5852, (731) 885-6562 (fax) appear before the Honorable Jon Phipps McCalla on May 20, 2005, at 11:00 a.m. for Re-sentencing and for such other appearances as this Court may direct.

Respectfully submitted this 18 day of May, 2005.

_____
Dan L. Newsom
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, Jerry Vastbinder

YOU ARE HEREBY COMMANDED to have Jamie Dawn Forrester appear before the Honorable Jon Phipps McCalla at the date and time aforementioned.

ENTERED this 18th day of May, 2005.

_____
S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

111

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 111 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT