**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY ____ D.C.

05 JUL 18 PM 3: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) Criminal No. 04-20081-Ml |
| vs. | ) |
| **JAMIE DAWN FORRESTER,** | ) |
| Defendants. | ) |

## ORDER ON
## UNOPPOSED MOTION OF THE UNITED STATES
## TO CONTINUE RE-SENTENCING HEARING

This cause came on to be heard this date upon written motion of the United States for a continuance of the Re-sentencing Hearing of Defendant Forrester to a later date, and

**IT SATISFACTORILY APPEARING TO THE COURT**

1. The United States has previously filed a Rule 35 Motion for Reduction of Sentence as to Defendant Forrester. It is currently set for July 21, 2005 at 11:00 a.m.

2. At the time of the setting of this hearing, Co-Defendant Phillips had been allowed to withdraw from his guilty plea and counsel for Phillips and the United States were going to report back to the Court as to a potential trial date. That date was subsequently set by the Court for October 3, 2005.

3. The United States requests that Defendant Forrester's Re-sentencing Hearing be continued to a date subsequent to the Phillips' trial date. The United States

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-19-05



has contacted counsel for Defendant Forrester, Lee Gerald, Esq., who stated that he has no objection to the instant motion.

4. The motion of the United States should be granted for good cause shown.

**IT IS THEREFORE ORDERED** that the Re-sentencing Hearing of Defendant Jamie Dawn Forrester is hereby continued to the date of Wed. Oct. 19, 2005 at 9:00 a.m.

ENTER THIS 18 DAY OF JULY, 2005

_Jon P. McCalla_
JON PHIPPS McCALLA
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT