# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

SEP 3 0 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | Criminal No. __04-20081-Ml__ |
| vs. | ) | |
| **JAMIE DAWN FORRESTER,** | ) | |
| Defendants. | ) | |

05 OCT -5 PM 5:52

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ____ D.C.

## ORDER ON
## UNOPPOSED MOTION OF THE UNITED STATES
## TO CONTINUE RE-SENTENCING HEARING

This cause came on to be heard this date upon oral motion of the United States for a continuance of the Re-sentencing Hearing of Defendant Forrester to a later date, and

**IT SATISFACTORILY APPEARING TO THE COURT**

1.   The United States has previously filed a Rule 35 Motion for Reduction of Sentence as to Defendant Forrester. It is currently set for October 19, 2005.

2.   At the time of the setting of this hearing, Co-Defendant Phillips had been allowed to withdraw from his guilty plea and counsel for Phillips and the United States were going to report back to the Court as to a potential trial date. That date was subsequently set by the Court for October 3, 2005. It has now been reset to November 14, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-6-05_



3. The United States requests that Defendant Forrester's Re-sentencing Hearing be continued to <u>a date subsequent to the Phillips' trial date</u>. The United States has contacted counsel for Defendant Forrester, Lee Gerald, Esq., who stated that he has no objection to the instant motion.

4. The motion of the United States should be granted for good cause shown.

**IT IS THEREFORE ORDERED** that the Re-sentencing Hearing of Defendant Jamie Dawn Forrester is hereby continued to the date of _Wednesday, November 30, 2005, at 8:45 a.m._

ENTER THIS __5__ DAY OF ~~September~~ Oct., 2005

_____
JON PHIPPS McCALLA
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 139 in case 2:04-CR-20081 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT